**Order filed October 22, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00162-CV
_____

### KAREN ACKERMANN, Appellant

### V.

### PREVENTATIVE PEST CONTROL HOUSTON, LLC AND NICHOLAS ANTHONY CHARLES, Appellees

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2016-01076**

## ORDER

On June 24, 2020, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. In the brief appellant has neither supported the statement of facts with record references nor supported the argument section with citations to the record. *See* Tex. R. App. P. 38.1(g) and (i). These deficits render the brief unacceptable.

Accordingly, we order appellant's brief filed June 24, 2020, stricken and we order appellant to file a brief that complies with the Texas Rules of Appellate Procedure **within ten (10) days** of the filing of the reporter's record. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the court may strike that brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief at all. *See* Tex. R. App. P. 38.9(a). Under Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a complying brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.